# In the United States District Court
# For the Southern District of Georgia
# Waycross Division

| | |
|---|---|
| JERRY ROLLINS OGLESBY, <br> on behalf of M.S.S. and <br> CATHERINE SHULMAN, <br><br> Petitioners, <br><br> v. <br><br> JUDGE D. JAY STEWART and <br> ANGELA SHUMAN, <br><br> Respondents. | CIVIL ACTION NO.: CV514-103 |

### ORDER

After an independent and *de novo* review of the record, the Court concurs with the Magistrate Judge's Report and Recommendation, to which no objections have been filed. Accordingly, the Report and Recommendation of the Magistrate Judge is adopted as the opinion of the Court.

Petitioner Jerry Oglesby's ("Oglesby") petition for writ of habeas corpus, filed pursuant to 28 U.S.C. § 2254, dkt. no. 1, is **DISMISSED**. In the event Oglesby seeks to file an appeal of this Order, Oglesby is **DENIED** leave to appeal *in forma pauperis* and is **DENIED** a certificate of appealability. The Clerk of

Court is directed to enter the appropriate judgment of dismissal and to **CLOSE** this case.

**SO ORDERED**, this 13 day of May, 2015.

_____
LISA GODBEY WOOD, CHIEF JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA